**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-CV-24456**

**MAURICIO CARDERO**
*individually and on behalf of*
*all others similarly situated*
Plaintiff,
v.

**AMERICOR FUNDING, LLC DBA**
**AMERICOR FINANCIAL**
Defendant.
_______________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Mauricio Cardero submits this Joint Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: July 13, 2026

Respectfully Submitted,

/s/ Samuel J. Awad
**SAMUEL J. AWAD, ESQ.**
Florida Bar No.: 1058426
E-mail: samuel@jibraellaw.com
*Lead Attorney For Plaintiff*
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: Zane@jibraellaw.com
*The Law Offices of Jibrael S. Hindi*
1515 NE 26th Street
Wilton Manors, Florida 33305
Phone: 754-315-1606

*COUNSEL FOR PLAINTIFF*

*/s/ Jenniffer Cabrera*
Jenniffer Cabrera, Esq. (FBN 1034545)

**J. Cabrera Law, P.A.**
1825 NW Corporate Blvd, Ste. 110
Boca Raton, Florida 33431
Telephone: 561-834-0883
Email: jc@jcabreralaw.com
*Counsel for Defendant Americor Financial*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 13, 2026, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

/s/ Samuel J. Awad .
**SAMUEL J. AWAD, ESQ.**
Florida Bar No.: 1058426
E-mail: samuel@jibraellaw.com
Lead Attorney For Plaintiff
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: Zane@jibraellaw.com